IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                              Criminal No. 1:11CR10018-001

TAYLOR PAYNE,
        Defendant.

## FINAL ORDER OF FORFEITURE

On November 30, 2011, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 31). In the Preliminary Order of Forfeiture, the following assets were forfeited to the United States: an E Machine Desktop Computer, serial number XGM8670001969; containing both a Western Digital Hard drive, serial number WMAT13502038, and a Maxtor Hard Drive, Serial Number Y3KCPZSE, pursuant to 18 U.S.C. § 2253.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. 853(n)(1). On September 8, 2011, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Pursuant to Fed.R.Crim.P.32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed.R.Crim.P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on July 25, 2011, shall become final at this time.

IT IS SO ORDERED this 10 day of Feb, 2011.

_____
HONORABLE HARRY F. BARNES
UNITED STATES DISTRICT JUDGE